IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

UNITED STATES OF AMERICA            *
                                    *
        v.                          *        CR 607-009
                                    *
QUNTA PARCHECO WIGGINS              *


------------

O R D E R

------------


     Before the Court in the captioned case is Defendant Qunta
Parcheco Wiggins's request to terminate his term of supervised
release.  On October 23, 2007, Wiggins pled guilty to one count of
possession with intent to distribute a quantity of cocaine
hydrochloride in violation of 21 U.S.C. § 841(a)(1).  Wiggins was
sentenced to 150 months imprisonment and four years of supervised
release.  He was also ordered to pay a $100 special assessment and
a $3600 fine.  The term of imprisonment was later reduced to 126
months pursuant to 18 U.S.C. § 3582(c)(2).

     Wiggins has been under the supervision of this district's
Probation Office since his release on August 17, 2016.  He has
completed 30 months of supervision with no issues of noncompliance.
Wiggins has maintained employment, paid his criminal monetary
penalties, and tested negative on all drug tests administered.  In

light of Wiggins's favorable adjustment to supervision, the United States Probation Office does not oppose the motion.

Upon the foregoing and in consideration of the factors set forth in 18 U.S.C. § 3553(a), **IT IS ORDERED** that Wiggins's motion (doc. 40) is **GRANTED.** Qunta Parcheco Wiggins is hereby discharged from his term of supervised release upon entry of this Order. The Clerk is directed to send a copy of this Order to Mr. Drew Walker of the United States Probation Office in Savannah, Georgia.

**ORDER ENTERED** at Augusta, Georgia, this 4th day of March, 2019.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA